An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH GLENN ERICKSON, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66224

**FILED**

SEP 18 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a proper person appeal from a judgment of conviction. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

This is appellant's third notice of appeal from the October 12, 2011, judgment of conviction. The first appeal from the judgment of conviction was voluntarily dismissed. *See Erickson v. State*, Docket No. 59658 (Order Dismissing Appeal, March 6, 2012). The second notice of appeal was dismissed as untimely. *See Erickson v. State*, Docket No. 62441 (Order Dismissing Appeal, January 24, 2013). The instant appeal, his third, is also untimely. NRAP 4(b). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal. To the extent that appellant was attempting to appeal from the purported denial of various motions filed in June 2014, no

14-30959

decision was entered on those motions before he filed his notice of appeal. Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. David A. Hardy, District Judge
     Kenneth Glenn Erickson, Jr.
     Washoe County District Attorney
     Washoe District Court Clerk

_____

[1]We have received appellant's "motion on informing court that defendant has filed civil rights case on hate crimes." In light of the disposition of this appeal, we deny the motion.